

**400 Crossing Boulevard**
**8th Floor**
**P.O. Box 5933**
**Bridgewater, NJ 08807**

**T: 908-722-0700**
**F: 908-722-0755**

*Direct Dial: 908-252-4164*
*Email: nfpellitta@norris-law.com*

October 22, 2025

**Via ECF**
Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
Courtroom 6W
402 East State Street Room 2020
Trenton, NJ 08608

      Re:    John Doe, et al. v. Princeton Plasma Physics Laboratory, et al.
             Civil Action No.: 3:25-cv-16376-ZNQ-JTQ

Dear Judge Quinn:

      This firm represents Defendants The Trustees of Princeton University (improperly pled as "Princeton Plasma Physics Laboratory" and Princeton University Department of Public Safety", which are both constituent units of Princeton, not distinct legal entities) ("Princeton"), Martin Krzywicki, Tyler Vandegrift, Kristina Tucker, Kevin Rhoades, Peter Grossgold, and Robert Miller (the "Individual Defendants" and together with Princeton "Defendants"). We write pursuant to Your Honor's judicial preferences to respectfully request that Princeton's October 29, 2025 deadline to respond to Plaintiffs John and Jane Doe's Complaint be extended to December 15, 2025. Plaintiffs' counsel consents to this request.

      By way of brief procedural background, Plaintiffs initiated this action in the Superior Court of New Jersey, Law Division, Middlesex County. Princeton was served on September 10, 2025, and timely removed the matter to this Court on October 8, 2025. Pursuant to Fed. R. Civ. P. 81(c)(2)C), Princeton's deadline to respond to the Complaint was then October 15, 2025. Princeton thereafter obtained a Clerk's Order pursuant to L. Civ. R. 6.1, extending its time to answer, move, or otherwise respond to the Complaint to the current deadline of October 29, 2025. On October 15, 2025, our office provided counsel for Plaintiff with Waivers of Service of Summons on behalf of each of the individual Defendants, as they had not yet been served, but we desired to have all Defendants' answers to be due at the same time. Plaintiff has not yet filed same. The Individual Defendants' deadline to respond to the Complaint is therefore December 15, 2025.

      We respectfully request that Princeton's deadline be extended to December 15, 2025, to coincide with the Individual Defendants' deadline, so that our office can prepare and serve a single response to the Complaint on behalf of all Defendants, as opposed to doing so piecemeal. Moreover, given the number of Defendants in this case, this extension will afford our office sufficient time to confer with our clients and prepare an appropriate response to the Complaint.



**Norris McLaughlin, P.A.**

October 22, 2025
Page 2

We respectfully submit that the extension requested herein will not cause undue delay, as the case is at its inception and, to our knowledge, the remaining defendants—the State of New Jersey and New Jersey State Police—have not yet been served.

  Accordingly, we respectfully request that the Court extend Princeton's deadline to answer, move, or otherwise respond to the Complaint to December 15, 2025.

 We thank Your Honor for the Court's time and attention to this matter.

           Respectfully Submitted,

           **NORRIS McLAUGHLIN, P.A.**

           By: */s/ Edward G. Sponzilli*
            Edward G. Sponzilli, Esq.

Cc: The Honorable Zahid N. Quraishi, U.S.D.J. (via ECF)
   All Counsel of Record (via ECF)