

**400 Crossing Boulevard**
**8th Floor**
**P.O. Box 5933**
**Bridgewater, NJ  08807**

**T: 908-722-0700**
**F: 908-722-0755**

ORDER

*Direct Dial: 908-252-4166*
*Email: egsponzilli@norris-law.com*

December 26, 2025

<u>Via ECF</u>
Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
Courtroom 6W
402 East State Street Room 2020
Trenton, NJ 08608

    Re: John Doe, et al. v. Princeton Plasma Physics Laboratory, et al.
       Civil Action No.: 3:25-cv-16376-ZNQ-JTQ

Dear Judge Quinn:

  This firm represents Defendants The Trustees of Princeton University (improperly pled as "Princeton Plasma Physics Laboratory" and Princeton University Department of Public Safety", which are both constituent units of Princeton, not distinct legal entities) ("Princeton"), Martin Krzywicki, Tyler Vandegrift, Kristina Tucker, Kevin Rhoades, Peter Grossgold, and Robert Miller (the "Individual Defendants" and together with Princeton "Defendants").

  With consent of Plaintiff's counsel, we write to respectfully request one additional two-week extension of Defendants' December 29, 2025 deadline to respond to Plaintiffs John and Jane Doe's Amended Complaint to January 12, 2026. We hoped the previous extension would afford sufficient time to finalize and file Defendants' answer, however, the holidays have delayed our ability to do so. No other deadlines will be impacted by this request, as the case is in its infancy and, to our knowledge, the remaining defendants (the State of New Jersey and the New Jersey State Police) still have not yet been served.

  Accordingly, <u>we respectfully request that the Court extend Defendants' deadline to answer the Amended Complaint to January 12, 2026.</u>   GRANTED

We thank Your Honor for the Court's time and attention to this matter.

So Ordered on 12/29/25

*[signature]*

Hon. Justin T. Quinn, U.S.M.J.

Respectfully Submitted,

**NORRIS McLAUGHLIN, P.A.**

By: <u>/s/ *Edward G. Sponzilli*</u>



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM

**Norris McLaughlin, P.A.**

December 26, 2025
Page 2

                                                                                       Edward G. Sponzilli, Esq.

Cc:    The Honorable Zahid N. Quraishi, U.S.D.J. (via ECF)
        All Counsel of Record (via ECF)