# HANLON NIEMANN & WRIGHT
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

Fredrick P. Niemann, Esq.
-----------------

Bonnie M. Wright, Esq.
--------------

Richard C. Sciria, Esq.
--------------

Nicole C. Tomlin, Esq.
L.L. M. (Taxation)
---------------

Christopher Balioni, Esq.
Admitted in NJ and NY
----------------------

Suzana Hot, Esq.
Admitted in NJ and NY

83 SOUTH STREET, SUITE 301
FREEHOLD, NEW JERSEY 07728
TELEPHONE: 732-863-9900
FACSIMILE: 732-780-3449
or 732-431-2499
WEBSITE: www.hnwlaw.com

May 22, 2026

Stephen W. Kornas, Esq.
Admitted in NJ
---------------------------

Kevin Gilmartin, Esq.
Admitted in NJ
---------------------------

Elizabeth Hobbs, Esq.
Admitted in NJ
-----------------------

Alexandrea Williams, Esq.
Admitted in NJ
----------------------

Stephanie Viola, Esq.
Admitted in NJ
-----------------------

Christopher J. Hanlon, Esq.
of Counsel

**VIA ELECTRONIC FILING**

Honorable Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
Courtroom 6W
402 East State Street Room 2020
Trenton, NJ  08608

   **Re: John Doe, et al v. Princeton Plasma Physics Laboratory, et al**
     **Civil Action No.: 3:25-cv-16376-ZNQ-JTQ**

Dear Judge Quinn:

   Please be advised that this law firm represents the plaintiffs in the above matter.  As such, pursuant to Your Honor's Pretrial Scheduling Order, plaintiffs do not intend to proceed in this matter using the pseudonyms John Doe and Jane Doe.  Plaintiffs will amend the caption to reflect plaintiff's names as Sajjad Gilani and Joan Gilani.  Please advise if Your Honor requires plaintiff to file an amended caption in which same will be uploaded to the Court file.

   Thank you for Your Honor's kind attention to this matter.

           Respectfully submitted,

           RICHARD C. SCIRIA

RCS:jbm
cc: Joshua M. Kleinman, Esq. (via electronic mail)
   Matthew C. Wells, Esq. (via electronic mail)
   Edward G. Sponzilli, Esq. (via electronic mail)