# HANLON NIEMANN & WRIGHT

**A PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**
83 SOUTH STREET, SUITE 301
FREEHOLD, NEW JERSEY 07728
TELEPHONE: 732-863-9900
FACSIMILE: 732-780-3449
or 732-431-2499
WEBSITE: www.hnwlaw.com

Fredrick P. Niemann, Esq.
-----------------
Bonnie M. Wright, Esq.
-------------
Richard C. Sciria, Esq.
--------------
Nicole C. Tomlin, Esq.
L.L. M. (Taxation)
---------------
Christopher Balioni, Esq.
Admitted in NJ and NY
----------------------
Suzana Hot, Esq.
Admitted in NJ and NY

Stephen W. Kornas, Esq.
Admitted in NJ
--------------------------
Kevin Gilmartin, Esq.
Admitted in NJ
-----------------------
Elizabeth Hobbs, Esq.
Admitted in NJ
-----------------------
Alexandrea Williams, Esq.
Admitted in NJ
----------------------
Stephanie Viola, Esq.
Admitted in NJ
-----------------------
Christopher J. Hanlon, Esq.
of Counsel

June 5, 2026

**VIA ELECTRONIC FILING**
Honorable Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
Courtroom 6W
402 East State Street Room 2020
Trenton, NJ  08608

> **Re:   Sajjad Gilani and Joan Gilani v. Princeton Plasma Physics Laboratory, et al.**
> **Civil Action No.: 3:25-cv-16376-ZNQ-JTQ**

Dear Judge Quinn:

Please be advised that this law firm represents the Plaintiffs in the above matter. As such, pursuant to Your Honor's Pretrial Scheduling Order, although Plaintiffs are not moving at this time to amend the pleadings or join new parties, any motion to amend the pleadings or to join new parties, whether by amended or third-party Complaint, must be filed by June 5, 2026. The initial Complaint names the State of New Jersey and the New Jersey State Police as Defendants. It is my understanding that these Defendants were recently served by co-counsel in which responsive pleadings have not yet been filed. We will shortly advise the Court as to the status of same.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*Stephanie J. Viola*

STEPHANIE J. VIOLA

cc:      Joshua M. Kleinman, Esq. (via electronic mail)
             Matthew C. Wells, Esq. (via electronic mail)
             Edward G. Sponzilli, Esq. (via electronic mail)