HANLON NIEMANN & WRIGHT, P.C.
Richard C. Sciria (ID #035861999)
Stephanie J. Viola (ID # 246342017)
83 South Street, Suite 301
Freehold, New Jersey 07728
Phone: 732-863-9900
Fax: 732-780-3449
Email: rsciria@hnlawfirm.com
Email: sviola@hnlawfirm.com
Attorneys for Plaintiffs, **Sajjad and Joan Gilani**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SAJJAD GILANI and JOAN GILANI, per quod,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**PRINCETON PLASMA PHYSICS LABORATORY, ET AL.,**<br><br>**Defendants.** | Civil Action<br><br>**Docket No. 3:25-cv-16376-ZNQ-JTQ**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** and agreed by the undersigned parties that the above-entitled action is hereby dismissed WITHOUT PREJUDICE AND WITHOUT COSTS as to the Defendants, State of New Jersey and New Jersey State Police.

**Hanlon, Niemann & Wright, P.C.**
Attorneys for Plaintiffs, Sajjad Gilani
Joan Gilani

By: *Richard C. Sciria*
RICHARD C. SCIRIA, ESQ.

**Office of the Attorney General**
Attorneys for Defendants, State of New Jersey and New Jersey State Police

By: /s/ *Angelo Cifelli*
ANGELO CIFELLI, ESQ.

Dated: July 27, 2026

**SO ORDERED** this 3rd day of August 2026,
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**